IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LORRAINE MCCULLOUGH,

    Plaintiff,

v.                      No. CIV-16-0748 JCH/LAM

SL START AND ASSOCIATES, LLC, et al.,

    Defendants.

**ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH CHANGES AND SETTING CASE MANAGEMENT DEADLINES**

At the Rule 16 scheduling conference held on September 22, 2016, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan [*Doc. 12*], filed September 6, 2016, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

    **IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**